IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : No. 09-600 |
| CLIFTON SAVAGE | : |

## ORDER

**AND NOW** this **29th** day of **December 2009**, upon consideration of Defendant's Motion to Suppress (Document No. 21), the Government's response thereto, and following a December 17th hearing, the Defendant's Motion is **DENIED**.

BY THE COURT:

*[signature]*

Berle M. Schiller, J.