# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **No. 09-600-1** |
| **CLIFTON SAVAGE** | : | **BOP No. 64227-066** |

## ORDER TO REDUCE TERM OF IMPRISONMENT

**AND NOW**, this **25th** day of **February 2021**, upon consideration of Defendant's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c), the Government's response, and for the reasons provided in this Court's Memorandum dated February 25, 2021, it is **ORDERED** that:

1. The motion (Document No. 106) is **GRANTED**.

2. Savage's term of imprisonment is reduced to time served. He shall be released from the custody of the Bureau of Prisons ("BOP") as soon as possible, after he completes a 14-day quarantine at the FCI (unless, in the BOP's determination, this is not necessary because he has already been effectively quarantined and/or tested, or it is not practical given the resources of the facility; in that case, the Defendant should be ordered to self-quarantine for 14 days at the residence approved by the Probation Office).

3. Upon his release from custody, Savage shall begin serving a period of five years of supervised release.

4. Within twenty-four hours of release, Savage shall contact the United States Probation Office and shall follow its instructions.

5. **IT IS FURTHER ORDERED** that the Probation Office shall notify the Court if a release plan cannot be implemented by the time the Bureau of Prisons is prepared to release the Defendant pursuant to this Order.

      **BY THE COURT:**

      <u>**/s/Berle M. Schiller**</u>
      **Berle M. Schiller, J.**